UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARIE C. BROWN,

                          Plaintiff,

v.

AB ENERGIZER, LLC,
ELECTRONIC PRODUCTS DISTRIBUTION, LLC,
THOMAS CRAIG NELSON, ESQ.
FAMILY PRODUCTS, LLC,
DR. MICHAEL SKYHAR and
MARTIN VAN DER HOEVEN,

                          Defendants.

**STIPULATION OF DISCONTINUANCE**

Civil No.:  05 CV 0061 S/F

---

IT IS HEREBY STIPULATED, by and between the undersigned, the attorneys of record for Plaintiff and Defendant Family Products, LLC, and Defendants AB Energizer, LLC, Electronic Products Distribution, LLC, Thomas Craig Nelson, Dr. Michael J. Skyhar and Martin Van Der Hoeven in the above-captioned action, that whereas no party hereto is an infant or incompetent person, this action be and the same hereby is discontinued in its entirety as to all Defendants, without costs to either party as against the other. This stipulation may be presented to the United States District Judge in conjunction with an Order of Dismissal and may be entered upon the docket of this Court without further notice or motion.

---

John L. Egan
Law Offices of John Lloyd Egan
Attorneys for Plaintiff
905 Convention Towers
43 Court Street
Buffalo, NY 14202-3101
(716) 856-3087

Mary Q. Wydysh
Attorneys for Defendant
Family Products, LLC
665 Main Street, Suite 400
Buffalo, New York 14203
(716) 566-5400

250860.1

_____
Thomas C. Nelson
7975 Raytheon Road, Suite 380
San Diego, California 92111

_____
AB-Energizer, LLC
By: Thomas C. Nelson, President
7975 Raytheon Road, Suite 380
San Diego, California 92111

_____
Electronic Products Distribution, LLC
By: Thomas C. Nelson, President
7975 Raytheon Road, Suite 380
San Diego, California 92111

_____
Dr. Michael J. Skyhar
320 Santa Fe Drive
Encinitas, California 92924

_____
Martin Van Der Hoeven

Address: 4646 Rancho Reposo
Del Mar, Ca
92014

Dated: March 17, 2005

250860.1

Yahoo! Mail - mskyr@yahoo.com                                                Page 3 of 3

Case 1:05-cv-00061-WMS-LGF   Document 7   Filed 03/29/05   Page 3 of 3

Its: _____

Title of authorized agent

7975 Raytheon Road, Suite 380

San Diego, California 92111


_____*M Skyhar*_____      _____
Dr. Michael J. Skyhar                       Martin Van Der Hoeven

320 Santa Fe Drive                          Address:

Encinitas, California 92924                 _____

                                            _____


Dated: March __9__, 2005